# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5118**                              **September Term, 2023**

1:21-cv-00627-CRC

Filed On: November 30, 2023 [2029362]

James G. Connell, III,

        Appellant

   v.

Central Intelligence Agency,

        Appellee

### O R D E R

Upon consideration of appellee's unopposed motion for a 30-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | January 12, 2024 |
| Appellant's Reply Brief | February 9, 2024 |

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                 BY:    /s/
                                                   Michael C. McGrail
                                                   Deputy Clerk