# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-5118                          September Term, 2023

1:21-cv-00627-CRC

Filed On: March 26, 2024 [2046899]

James G. Connell, III,

        Appellant

    v.

Central Intelligence Agency,

        Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 9, 2024, at 9:30 A.M.:

        Appellant      -      10 Minutes

        Appellee      -      10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Childs and Garcia, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 28, 2024.

### Per Curiam

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                  BY:     /s/
                                  Michael C. McGrail
                                  Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)